## Request for Adjournment

| | | | |
|---|---|---|---|
| TO: | Honorable Paul A. Crotty<br>U.S. District Court Judge | OFFENSE: | Misappropriation of Public Funds<br>(18 USC 641) |
| From: | Mark R. Johnson<br>U.S. Probation Officer | Original Sentence Date: | October 30, 2007 |
| Re: | Raphael Agbune<br>DKT. # 07 CR 395-01 (PAC) | Required Submission to Counsel Date:<br>(35)Days) September 25, 2007 | |
| Date: | September 18, 2007 | Defense Counsel : | Philip Weinstein |
| AUSA: | Todd Blanche | | |

*************************************************************************

This adjournment is requested for the following reason:

We have made contact with defense counsel for the purpose of scheduling the presentence interview, however, a date has not yet been set. As it is unlikely that the interview will take place prior to the disclosure date, we respectfully request an adjournment until December 1, 2007, so that we may be able to complete the presentence investigation in compliance with Rule 32.

Both parties have been notified, and the Government has no objection to this request. We have not received a response from defense counsel.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _/s/ Mark R. Johnson_
Mark R. Johnson
Senior U.S. Probation Officer
212-805-5168

Approved By: _Jineen M. Forbes_
Jineen M. Forbes
Supervising U.S. Probation Officer

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 4 2007

1. AN ADJOURNMENT IS GRANTED: ✓ , but no further adjournments will be granted and defense counsel is requested to facilitate the pre sentence interview at the earliest convenient time.

   IF APPROVED, NEW DATE OF SENTENCE Thursday - 12/6, TIME & ROOM 2:15 pm - 20-C

2. REQUEST IS DENIED _____

9/24/07
DATE

_Paul A Crotty_
U.S. DISTRICT COURT JUDGE

cc:   Todd Blanche
      U.S. Attorney's Office
      1 St. Andrew's Plaza
      New York, NY 10007

      Philip Weinstein
      Federal Defenders of New York, Inc.
      52 Duane Street, 10th floor
      New York, NY 10007